IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: **Hassan Toufic Boussi,** | * | Case No. 04-13181 |
| Debtor. | * | Chapter 13 |

\* * * * * * * * * * * * *

### OPPOSITION TO MOTION FOR ORDER TO JUSTIFY ATTORNEY'S FEES

NOW COMES the debtor, Hassan Toufic Boussi, through her/his/their undersigned counsel, and in opposition to the Trustee's Motion for Order to Justify Attorney's Fees, states:

1. Debtor retained counsel in March of 2005 to assist him with problems that his business faced with the IRS concerning payroll taxes. Over the next few months those problems were satisfactorily resolved.

2. Attached hereto is Debtor's September 15, 2009 letter showing that he is satisfied with the services received and the fee charged.

WHEREFORE, the Trustee's Motion should be DENIED.

September 18, 2009

Respectfully submitted,
/s/ Jeffrey M. Sirody
Jeffrey M. Sirody, Bar No. 11715
Sirody, Freiman & Feldman
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208
(410) 415-0445

### CERTIFICATE OF SERVICE

The Chapter 13 Trustee will be served electronically. No further service is necessary.

/s/ Jeffrey M. Sirody
Jeffrey M. Sirody