HASSAN T. BOUSSI
5518 VANTAGE POINT ROAD
COLUMBIA, MD 21044
Tel. (301) 343-7570
Email: hassantb@comcast.net

**From:** Hassan Boussi

**Date:** September 15, 2009

**RE:** Chapter 13 Bankruptcy
Case No. 04-13181

To Whom It May Concern

This is to confirm that Mr Jeffrey M. Sirody, Attorney, and I met on several occasions in March and April 2005 to discuss my Chapter 13 case referenced above. Among other issues, we discussed personal matters, tax liens issues related to a business I owned at the time and the possibility of needing to file anything with the court.

I personally do not have any issues with the fees charged by Mr Sirody for the time he spent and the research that he did in my case.

Should you have any questions or need any information from me, please feel free to contact me at the address, email or telephone number listed above.

Sincerely,

*[signature]*

Hassan T. Boussi